UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-81887-CIV-SMITH

SARAH JILL CORBIN, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

HARD TACK, INC., a Florida corporation,
DEALER RENEWAL SERVICES, a Florida
Company, and ROYAL ADMINISTRATION
SERVICES, INC., a Florida corporation,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This matter is before the Court on the Parties Stipulation of Dismissal With Prejudice [DE 34]. Upon consideration, it is

    **ORDERED** that:

    1.    This matter is **DISMISSED with prejudice.**

    2.    Attorney's fees and costs shall be borne by each party.

    3.    All pending motions are **DENIED as moot.**

    4.    This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 12th day of May 2021.

*[Signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record